UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:18-cr-25-JRS-TAB |
| NICOLE MILLER, | ) ) | - 01 |
| Defendant. | ) ) | |

**REPORT AND RECOMMENDATION**

On April 18, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on January 9, 2024. Defendant appeared in person with her appointed counsel Joseph Cleary. The government appeared by Zach Szilagyi, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Felecia Bain.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of her rights and provided her with a copy of the petition. Defendant orally waived her right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation numbers 2-5. [Docket No.97.] Government orally moved to withdraw the remaining violations, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |
| | As previously reported to the Court, the offender tested positive for marijuana, cocaine, and fentanyl on April 19, 2022. On May 6, 2022, she provided a urine sample which yielded positive for fentanyl. On May 9, 2022, she provided a urine sample that yielded positive for amphetamines, fentanyl, and opiates. On May 18, 2022, she submitted a urine sample that returned positive for cannabinoids, cocaine, fentanyl, and opiates. On May 24, 2022, she submitted a urine sample which tested positive for fentanyl. On July 14, August 17, September 6, and October 20, 2022, she submitted urine samples which tested positive for fentanyl. Additionally, on November 22, 2023, she provided a urine sample that yielded positive for fentanyl. |
| 3 | **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer."** |
| | Since December 2022, the offender has attended 7 of 36 treatment sessions with her substance abuse provider. |
| 4 | **"You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods."** |
| | Since December 2022, the offender has completed 10 of 44 random urinalyses. |
| 5 | **"You shall report to the probation officer in a manner and frequency directed by the court or probation officer."** |
| | The offender was instructed to report to the U.S. Probation Office on January 3, 2024. She failed to appear as directed. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is III.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The parties jointly recommended a sentence of 8 months.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that her supervised release should be revoked, and that she should be sentenced to the custody of the Attorney General or his designee for a period of 8 months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement as close to the state of Alabama as possible. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

Defendant reviewed the above noted conditions with his attorney.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 4/22/2024

*Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

3

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system